316

25066. HARTFORD ACCIDENT & INDEMNITY CO. *et al. v.* PARRISH.

BROYLES, C. J. This was a claim for compensation under the workmen's compensation act. The evidence, while conflicting, authorized the award of the director hearing the case, and the judge of the superior court did not err in affirming the award.

*Judgment affirmed. MacIntyre and Guerry, JJ., concur.*

DECIDED APRIL 30, 1936.

*W. R. Flournoy,* for plaintiff in error. *Love & Fort,* contra.